```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 07-80089-CIV-HURLEY
                                    MAGISTRATE JUDGE P. A. WHITE
LEVERT HERRINGTON,             :

        Plaintiff,             :

v.                             :    PARTIAL FINAL JUDGMENT

OFFICER SCOTT SPRUILL, et al.,:

        Defendants.            :
_____
```

For the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file, it is thereupon

ORDERED AND ADJUDGED as follows:

1. Defendants' joint motion for summary judgment (DE# 43) is granted, in part, as to Harris, Faine and Crowder on the claim of denied or delayed access to medical care; and is granted, in part, as to all defendants on the claim of lack of probable cause to arrest. Defendants' motion (DE# 43) is otherwise denied.

2. The case remains pending as to all defendants [Zeller, Spruill, Harris, Faine and Crowder] on the claims of excessive use of force, and/or failure to intervene; and remains pending as to Zeller and Spruill on the claim of denied or delayed access to medical care.

DONE AND ORDERED at West Palm Beach, ~~Fort Lauderdale~~, Florida, this 28th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE

cc: Levert Herrington, Pro Se

    Counsel of Record